# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131824-5

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
         Plaintiff-Appellant,

v

HAROLD R. WEAVER and CLARA WEAVER,
Husband and Wife, and CLARA WEAVER
TRUST, HAROLD R. WEAVER TRUST, and
HAROLD R. and CLARA WEAVER
CHARITABLE REMAINDER UNITRUST,
under a trust agreement dated December 31, 1998,
         Defendants-Appellees.
_____/

SC: 131824, 131825
COA: 257798, 257799
Kent CC: 00-10127-CC,
    00-10128-CC

On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk

d0117